The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SIDDARTH EASWAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, <br><br> Defendant. | No. C21-1081-MJP <br><br> STIPULATED DISMISSAL AND ORDER <br><br> Noted for Consideration: <br> November 19, 2021 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice, on the following terms:

1.  U.S. Citizenship and Immigration Services ("USCIS") has approved the Form I-829 for Plaintiff Dung T. Pham (WAC1816653017) and removed the conditions of several of his derivative beneficiaries.

2.  Notwithstanding Plaintiff Dung T. Pham's adjudication, Plaintiffs A.P and T.P. had previously provided USCIS with their biometrics, however, USCIS seeks those biometrics collections to be redone as the collected biometrics was valid for 15 months. According to Defendant, Plaintiffs A.P and T.H. have biometrics appointments scheduled and these must be completed prior to their approval.

STIPULATED DISMISSAL <br>
(C21-1081 MJP) - 1

UNITED STATES ATTORNEY <br>
700 STEWART STREET, SUITE 5220 <br>
SEATTLE, WASHINGTON 98101 <br>
(206) 553-7970

      a.     Plaintiff A.P., a minor child, is presently in Texas. Her biometrics appointment is scheduled for Nov. 19, 2021 in Houston, TX.  If, for whatever reason, Plaintiff A.P. cannot attend this appointment, USCIS agrees to place Plaintiff A.P. within the queue to reschedule the appointment within 30 days of notification of a rescheduling request.  USCIS will adjudicate within 30 days of biometrics collection.

      b. Plaintiff T.P., a minor child, is presently abroad. She plans to return to the U.S. on June 25, 2021. USCIS agrees to reschedule her Nov. 19, 2021 appointment to allow for the collection of biometrics upon her return to the United States, to take place the week of June 27-July 1, 2022. USCIS shall not deny her petition as abandoned before this time. Notwithstanding the foregoing, if T.P. is able to secure a biometrics appointment at a U.S. consulate or embassy abroad June 27, 2022, USCIS will apply those collected biometrics to her case. USCIS will adjudicate within 30 days of biometrics collection.

3.     USCIS shall adjudicate the remaining Forms I-829 on the following schedule:

| Principal Plaintiff (WAC#) | New Commercial Enterprise | Deadline for Initial Adjudicative Action from the Date of the Execution of this Stipulation |
|---|---|---|
| Yuxuan JI (WAC2090027217) | AYB Funding 100 LLC | 45 days |
| Aake GREGERTSEN (WAC2090042010) | Kennesaw GCFID Partners LP | 75 days |
| Siddharth EASWAR (WAC2190041136) | DVRC Pennsylvania Turnpike 1 LP | 105 days |
| Umberto SAETTI (WAC2190050775) | DVRC Pennsylvania Turnpike 2 LP | 105 days |

STIPULATED DISMISSAL
(C21-1081 MJP) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| Siddhartha RANGINENI (WAC2190039753) | Odlum Equestrian Lenders LLC | 135 days |
| Sanjay RAIKAR (WAC2190045041) | Odlum Equestrian Lenders LLC | 135 days |
| Naveen KONETI (WAC2190012702) | Bronx Food Processing and Distribution Fund 2 LLC | 165 days |
| Sachin ANANTHA (WAC2190059597) | Bronx Food Processing and Distribution Fund 2 LLC | 165 days |
| Snigdha PATI (WAC2190055948) | Pennhills Veterinary Care and Rehabilitation LLC | 180 days |

4. USCIS will, within 30 days of the execution of this Stipulated Dismissal, provide Plaintiffs' counsel with a report (the "Biometrics Report") indicating which, if any, Plaintiffs still require biometric collection in order to adjudicate his or her Form I-829 filing. If any such Plaintiff does require biometrics collection as per the Biometrics Report, USCIS will place that person in the queue to schedule a biometrics appointment within 30 days of transmitting the Biometrics Report.

5. USCIS agrees to adjudicate the subject Forms I-829 in good faith. If USCIS issues a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") for any of the Plaintiff's petitions or biometrics, USCIS will take the next adjudicative action within 45 days from receipt of Plaintiffs' response(s).  This 45-day timeframe will apply to the response to any subsequent RFE or NOID issued in each Plaintiff's case.

6. If a Plaintiff believes USCIS has breached this agreement in any way, he or she will notify undersigned counsel and provide USCIS with at least 7 days to remedy any such breach.  If USCIS fails to remedy said breach within 7 days (the "Cure Period"), an affected Plaintiff may file a Motion to Reopen this matter and petition this Court for the attorneys' fees and costs associated with enforcing this Stipulated Dismissal, notwithstanding whether any such

STIPULATED DISMISSAL
(C21-1081 MJP) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  alleged cure occurring <u>after</u> the Cure Period has elapsed. Defendant agrees to be subject to

2  jurisdiction and venue with regard to any such filing sought to enforce the terms and conditions

3  of this Stipulated Dismissal, filed in this Court / within the Western District of Washington.

4      7.    Except as otherwise provided in the preceding paragraph, the parties agree to bear

5  their own costs and attorneys' fees.

    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: November 19, 2021

                            Respectfully submitted,

                            NICHOLAS W. BROWN
                            United States Attorney

                            <u>/s/Michelle R. Lambert</u>
                            MICHELLE R. LAMBERT, NYS #4666657
                            Assistant United States Attorney
                            United States Attorney's Office
                            1201 Pacific Avenue, Suite 700
                            Tacoma, Washington 98402
                            Phone:  206-428-3824
                            Email:  michelle.lambert@usdoj.gov

                            *Attorneys for Defendant*

                            <u>/s/ Anahita M. George</u>
                            ANAHITA M. GEORGE (#57799)
                            George Immigration PLLC
                            9012 240th St. SW
                            Edmonds, WA 98026
                            (425) 328 9339
                            ageorge@justimmigrationusa.com
                            *Local Counsel*

                            <u>/s/ Jennifer P. Haines</u>
                            JENNIFER P. HAINES
                            (PA Bar No. 325482)
                            The Galati Law Firm, LLC
                            8080 Old York Road
                            Suite 225
                            Elkins Park, PA 19027
                            (215) 310 0231
                            jennifer@galati.law
                            *Counsel Pro Hac Vice*

STIPULATED DISMISSAL                         UNITED STATES ATTORNEY
(C21-1081 MJP) - 4                                 700 STEWART STREET, SUITE 5220
                                                            SEATTLE, WASHINGTON 98101
                                                                 (206) 553-7970

*Counsel for Plaintiffs*

///

///

**ORDER**

The parties having so stipulated, the above is SO ORDERED. The case is dismissed without prejudice.

DATED this 19th day of November, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED DISMISSAL
(C21-1081 MJP) - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970